UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20947-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CYNTHIA PRESSLEY, et al.,

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on defendant **Cynthia Pressley's** Motion to Reduce Bond (DE 39), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED AND ADJUDGED that the Government shall respond to the motion, on or before March 13, 2008.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of March, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Marcus Christian (MIA)
Barry Butin, Esq.