```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 07-20947-CR-ZLOCH
```

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CYNTHIA PRESSLEY, et al.,

       Defendants.

_____

## **O R D E R**

THIS CAUSE is before the Court on defendant **Cynthia Pressley's** Motion to Reduce Bond (DE 39), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED without prejudice to renew if the trial does not commence during the calendar period beginning March 24, 2008.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of March, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Marcus Christian (MIA)
Barry Butin, Esq.