UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-20947-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,           )
                                    )
                                    )
v.                                  )
                                    )
CYNTHIA PRESSLEY                    )
                                    )
          Defendant.                )
_____)

## ORDER TO MODIFY CONDITION OF RELEASE

This cause has come before the Court on Defendant Cynthia Pressley's Motion to

Modify the Defendant's Condition of Release and after being fully advised in the premises, it is

hereby

ORDERED AND ADJUDGED that the Motion is _Granted_ and

Cynthia Pressley shall be able to reside with her cousin, Terry Franklin, 1109 Woodland Avenue,

Alphraetta, Georgia until her sentencing date of June 27th, 2008.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this _____ day

of _June_____, 2008.

_Lurana S. Snow_
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: Marcus Christian, AUSA
    Barry Butin, CJA Attorney